UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-60767-RNS

KIP BARNETT,
individually and on behalf of all
others similarly situated,

    Plaintiff,                                    **CLASS ACTION**

v.                                              **JURY TRIAL DEMANDED**

PREMTECH, LLC, a Georgia
Limited Liability Company d/b/a/ Bitcoin Depot,
LUX VENDING, LLC, a Georgia Limited
Liability Company and BRANDON MINTZ,
a natural parson,

    Defendants.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Manuel S. Hiraldo of the law firm of Hiraldo P.A. enters his appearance in this case as counsel for Plaintiff Kip Barnett, and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: April 12, 2018

        Respectfully submitted,

        **HIRALDO P.A.**
        401 E. Las Olas Boulevard
        Suite 1400
        Ft. Lauderdale, Florida 33301

        */s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo
        Florida Bar No. 030380
        Email: mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713
        *Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CETIFY that on April 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff and the Class*