UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-60767-RNS/LSS

KIP BARNETT, individually and
on behalf of all others similarly situated,

    Plaintiffs,                                    **CLASS ACTION**

                                                  **JURY TRIAL DEMANDED**

v.

PREMTECH, LLC, a Georgia
Limited Liability Company d/b/a/ Bitcoin Depot,
LUX VENDING, LLC, a Georgia Limited
Liability Company and BRANDON MINTZ,
a natural parson,

    Defendants.
_____/

## MOTION FOR LEAVE TO AMEND FIRST AMENDED CLASS ACTION COMPLAINT

Plaintiff Kip Barnett, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and Local Rules 7.1 and 15.1, moves for leave to amend his First Amended Class Action Complaint, and states:

1. This putative class action under the Telephone Consumer Protection Act was filed on April 9, 2018. [ECF No. 1].

2. On April 10, 2018, Plaintiff filed his First Amended Class Action Complaint, adding Defendant Lux Vending, LLC as a party to the lawsuit. [ECF No. 6].

3. Defendants have not yet appeared in the case.

4. Through the instant motion, Plaintiff respectfully seeks leave to amend his First Amended Complaint to add Phillip Dunleavy as a named Plaintiff to the lawsuit.

5. A copy of Plaintiff's proposed Second Amended Class Action Complaint is attached hereto as **Exhibit A**.

## MEMORANDUM OF LAW

Rule 15(a) instructs that "[a] court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "The thrust of Rule 15(a) is to allow parties to have their claims heard on the merits, and accordingly, district courts should liberally grant leave to amend when the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief." *In re Engle Cases*, 767 F.3d 1082, 1108 (11th Cir. 2014) (internal quotation marks and citation omitted). Thus, "[d]istrict courts have limited discretion in denying leave to amend, and should grant a motion to amend unless there are substantial reasons to deny it." *Bowers v. U.S. Parole Com'n, Warden*, 760 F.3d 1177, 1185 (11th Cir. 2014) (internal quotation marks, brackets and citation omitted). Plaintiffs respectfully submit that no such substantial reasons exist in this case.

This is Plaintiff's first request for leave to amend, made as soon as reasonably possible, and before the Court's deadline for the amendment of pleadings and joinder of parties. Defendants have not yet appeared in the case, and there can be no reasonable contention that leave to amend should be denied by reason of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies in amendments previously allowed, undue prejudice, or futility. *See Forman v. Davis*, 371 U.S. 178, 182 (1962) ("If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'").

**WHEREFORE**, Plaintiff Kip Barnett respectfully request leave to amend his First Amended Class Action Complaint, in the form appended hereto, and any other relief deemed just and proper.

Dated: April 16, 2018

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Manuel S. Hiraldo*<br>**HIRALDO P.A.**<br>Manuel S. Hiraldo<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Telephone: 954-400-4713<br>Email: mhiraldo@hiraldolaw.com | **KOPELOWITZ OSTROW<br>FERGUSON WEISELBERG GILBERT**<br>Scott A. Edelsberg<br>One West Las Olas Boulevard, Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: 954-525-4100<br>Email: edelsberg@kolawyers.com |
| **SHAMIS & GENTILE, P.A.**<br>Andrew A. Shamis<br>14 NE 1st Ave., Suite 400<br>Miami, FL 33132<br>Tel: (305) 479-2299<br>Fax: (786) 623-0915<br>Email: efilings@shamisgentile.com | **THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC**<br>Jibrael S. Hindi<br>110 SE 6th Street<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 907-1136<br>Fax: (855) 529-9540<br>Email: jibrael@jibraellaw.com |

## CERTIFICATE OF SERVICE

    I HEREBY CETIFY that on April 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                      */s/ Manuel S. Hiraldo*
                                      Florida Bar No. 030380
                                      Email: mhiraldo@hiraldolaw.com
                                      Telephone: 954.400.4713
                                      *Counsel for Plaintiff and the Class*