UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-60767-RNS/LSS

KIP BARNETT, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

PREMTECH, LLC, a Georgia
Limited Liability Company d/b/a/ Bitcoin Depot,
LUX VENDING, LLC, a Georgia Limited
Liability Company and BRANDON MINTZ,
a natural parson,

    Defendants.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND FIRST AMENDED CLASS ACTION COMPLAINT

THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to Amend First Amended Complaint, dated April 16, 2018.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to Amend First Amended Complaint is GRANTED. On or before _____, Plaintiffs shall file their Second Amended Class Action Complaint.

**DONE AND ORDERED** in Chambers, Miami, Florida this ___ day of _____, 2018.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of record