AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KIP BARNETT and PHILLIP DUNLEAVEY individually and on behalf of all others similarly situated, *Plaintiff(s)* v. PREMTECH, LLC, a Georgia Limited Liability Company d/b/a/ Bitcoin Depot, LUX VENDING, LLC, a Georgia Limited Liability Company and BRANDON MINTZ, a natural parson, *Defendant(s)* | Civil Action No. 0:18-cv-60767-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brandon Mintz
17888 67th Court N
Loxahatchee, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Manuel S. Hiraldo
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: 954-400-4713
Email: mhiraldo@hiraldolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 17, 2018

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| KIP BARNETT and PHILLIP DUNLEAVEY individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> PREMTECH, LLC, a Georgia Limited Liability Company d/b/a/ Bitcoin Depot, LUX VENDING, LLC, a Georgia Limited Liability Company and BRANDON MINTZ, a natural parson, <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 0:18-cv-60767-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PREMTECH, LLC
455 E Paces Ferry Rd NE
Suite 325
Atlanta, GA 30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Manuel S. Hiraldo
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: 954-400-4713
Email: mhiraldo@hiraldolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 17, 2018

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts