**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:18-cv-60767-RNS**

KIP BARNETT and PHILLIP DUNLEAVEY,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

PREMTECH, LLC, a Georgia
Limited Liability Company d/b/a Bitcoin Depot,
LUX VENDING, LLC, a Georgia Limited
Liability Company and BRANDON MINTZ,
a natural person,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW Scott A. Edelsberg, Esq. of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, and hereby gives notice of appearance as co-counsel on behalf of the Plaintiffs, KIP BARNETT and PHILLIP DUNLEAVEY, and requests that copies of all pleadings, notices, orders and other papers in this cause be provided to the undersigned as co-counsel for the Plaintiff.

Date: April 23, 2018.

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
*Counsel for Plaintiff*
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

By: */s/Scott A. Edelsberg*
    SCOTT A. EDELSBERG
    Fla. Bar No. 100537
    edelsberg@kolawyers.com
    Counsel for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2018, a copy of the foregoing document was filed via the Court's CM ECF filer system, thereby causing a true and correct copy to be sent to all ECF registered counsel of record.

*/s/ Scott A. Edelsberg*
SCOTT A. EDELSBERG