United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kip Barnett, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-60767-Civ-Scola |
| | ) |
| Premtech, LLC, and Brandon Mintz, | ) |
| Defendants. | ) |

## Notice Of Upcoming Deadline To Serve
## Under Federal Rule Of Civil Procedure 4(m)

A plaintiff must serve the defendant with a summons and a copy of the complaint within 90 days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiff filed his Complaint on April 9, 2018, and service is required by July 9, 2018. From a review of the record, it does not appear that the Plaintiff has served the Defendants Brandon Mintz or Premtech, LLC yet. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff timely serves the Defendants by **July 9, 2018**, or establishes with the Court—before this deadline—that good cause exists for the failure.

**Done and ordered** at Miami, Florida, on May 10, 2018.

Robert N. Scola, Jr.
United States District Judge