UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-CV-60767-SCOLA/SNOW

KIP BARNETT and PHILLIP DUNLEAVEY
individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.

PREMTECH, LLC, a Georgia Limited Liability
Company d/b/a Bitcoin Depot,
LUX VENDING, LLC, a Georgia Limited
Liability Company and BRANDON MINTZ,
a natural person,

      Defendants.
_____/

## NOTICE OF APPEARANCE

Daniel T. Stabile and Marcela Lozano of Shutts & Bowen LLP enter their appearance as counsel for Defendant, LUX VENDING, LLC, and request that they be served with copies of all filings, orders, notices, and other documents and materials relating to this action.

Dated: May 31, 2018

Respectfully submitted,

**SHUTTS & BOWEN LLP**

/s/ *Daniel T. Stabile*
Daniel T. Stabile
Florida Bar No. 95750
(e) DStabile@shutts.com
Marcela Lozano
Florida Bar No. 73882
(e) MLozano@shutts.com

200 South Biscayne Blvd.
Suite 4100
Miami, Florida 33131
(t) 305.358.6300

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Daniel T. Stabile*

Jibreal S. Hindi
**THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC**
110 SE 6th street
Ft. Lauderdale, FL 33301
Telephone: 954.907.1136
jibrael@jibraellaw.com
*Counsel for Plaintiffs*

Manuel S. Hiraldo
**HIRALDO, P.A.**
401 E. Las Olas Blvd.,
Suite 1400
Fort Lauderdale, Florida 33301
Telephone: 954.400.4713
mhiraldo@hiraldolaw.com
*Counsel for Plaintiffs*

Scott A. Edeslberg
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard,
Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954.525.4100
Edelsberg@kolawyers.com
*Counsel for Plaintiffs*