UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-CV-60767-SCOLA/SNOW

KIP BARNETT and PHILLIP DUNLEAVEY
individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

PREMTECH, LLC, a Georgia Limited Liability
Company d/b/a Bitcoin Depot,
LUX VENDING, LLC, a Georgia Limited
Liability Company and BRANDON MINTZ,
a natural person,

    Defendants.
_____/

## LUX VENDING, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, LUX VENDING, LLC ("LUX") discloses that no parent corporation or publicly-held corporation owns 10% or more of Lux's stock.

Dated: May 31, 2018

Respectfully submitted,

**SHUTTS & BOWEN LLP**

*/s/ Daniel T. Stabile*
Daniel T. Stabile
Florida Bar No. 95750
(e) DStabile@shutts.com
Marcela Lozano
Florida Bar No. 73882
(e) MLozano@shutts.com

200 South Biscayne Blvd.
Suite 4100
Miami, Florida 33131
(t) 305.358.6300

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 31, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

/s/ <i>Daniel T. Stabile</i>

| | |
|---|---|
| Jibreal S. Hindi<br>**THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC**<br>110 SE 6th street<br>Ft. Lauderdale, FL 33301<br>Telephone: 954.907.1136<br>jibrael@jibraellaw.com<br>*Counsel for Plaintiffs* | Manuel S. Hiraldo<br>**HIRALDO, P.A.**<br>401 E. Las Olas Blvd.,<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>Telephone:  954.400.4713<br>mhiraldo@hiraldolaw.com<br>*Counsel for Plaintiffs* |

Scott A. Edeslberg
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard,
Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954.525.4100
Edelsberg@kolawyers.com
*Counsel for Plaintiffs*

MIADOCS 16430528 1