**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 17-14077 | **Docketed:** 09/13/2017 |
| **Nature of Suit:** 3890 Other Statutory Actions | |
| John Salcedo v. Alex Hanna, et al | |
| **Appeal From:** Southern District of Florida | **Case Handler:** Tucker, Tiffany A., JJ |
| **Fee Status:** Fee Paid | (404)335-6193 |

**Case Type Information:**
  1) Private Civil
  2) Federal Question
  3) -

**Originating Court Information:**
  **District:** 113C-0 : 0:16-cv-62480-DPG
  **Civil Proceeding:** Darrin P. Gayles, U.S. District Judge
  **Secondary Judge:** William C. Turnoff, U.S. Magistrate Judge
  **Date Filed:** 10/20/2016
  **Date NOA Filed:**
  09/13/2017

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 17-90016 | 17-14077 | 09/13/2017 | |

| | | |
|---|---|---|
| JOHN SALCEDO | Plaintiff - Appellee | Scott D. Owens<br>[COR LD NTC Retained]<br>Scott D. Owens, PA<br>Firm: 954-589-0588<br>3800 S OCEAN DR STE 235<br>HOLLYWOOD, FL 33019<br><br>Rebecca Smullin<br>Direct: 202-588-7714<br>[COR LD NTC Retained]<br>Public Citizen Litigation Group<br>Firm: 202-588-7730<br>1600 20TH ST NW<br>WASHINGTON, DC 20009<br><br>Sean Martin Holas<br>Direct: 954-589-0588<br>[NTC Retained]<br>Scott D. Owens, PA<br>Firm: 954-589-0588<br>3800 S OCEAN DR STE 235<br>HOLLYWOOD, FL 33019<br><br>Seth Lehrman<br>Direct: 954-524-2820<br>[COR NTC Retained]<br>EdwardsPottinger, LLC<br>Firm: 954-524-2820<br>425 N ANDREWS AVE STE 2<br>FORT LAUDERDALE, FL 33301<br><br>Scott Lawrence Nelson<br>Direct: 202-588-7724<br>[COR NTC Retained]<br>Public Citizen Litigation Group<br>Firm: 202-588-7730<br>1600 20TH ST NW<br>WASHINGTON, DC 20009 |

| | | |
|---|---|---|
| versus | | |
| ALEX HANNA | Defendant - Appellant | Daniel Frederick Blonsky<br>Direct: 305-858-2900<br>[COR LD NTC Retained]<br>Coffey Burlington, PL<br>Firm: 305-858-2900<br>2601 S BAYSHORE DR PH 1<br>MIAMI, FL 33133<br><br>Susan Elizabeth Raffanello<br>Direct: 305-858-2900<br>[NTC Retained]<br>Coffey Burlington, PL<br>Firm: 305-858-2900<br>2601 S BAYSHORE DR PH 1<br>MIAMI, FL 33133 |
| LAW OFFICES OF ALEX A.HANNA, P.A. | Defendant - Appellant | Daniel Frederick Blonsky<br>Direct: 305-858-2900<br>[COR LD NTC Retained]<br>(see above)<br><br>Susan Elizabeth Raffanello<br>Direct: 305-858-2900<br>[COR NTC Retained]<br>(see above) |

JOHN SALCEDO,
individually and on behalf of others similarly situated,

                                             Plaintiff - Appellee,

versus

ALEX HANNA,
an individual,
THE LAW OFFICES OF ALEX HANNA, P.A.,
a Florida Professional Association,

                                             Defendants - Appellants.

| Date | Size | Description |
|---|---|---|
| 09/13/2017 | 40 pg, 2.12 MB | CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A. on 09/13/2017. Fee Status: Fee Not Paid. No hearings to be transcribed. Awaiting Appellant's Certificate of Interested Persons due on or before 09/27/2017 as to Appellant Alex Hanna. Awaiting Appellee's Certificate of Interested Persons due on or before 10/11/2017 as to Appellee John Salcedo. |
| 09/15/2017 | 1 pg, 46.88 KB | APPEARANCE of Counsel Form filed by Scott D. Owens for John Salcedo. (ECF: Scott Owens) |
| 09/15/2017 | | E-filed Appearance of Counsel processed for Attorney Scott D. Owens for Appellee John Salcedo in 17-14077. |
| 09/22/2017 | 6 pg, 185.16 KB | APPEARANCE of Counsel Form filed by Daniel Frederick Blonsky for Alex Hanna and Law Offices of Alex A.Hanna, P.A.. (ECF: Daniel Blonsky) |
| 09/22/2017 | 3 pg, 36.52 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Daniel Frederick Blonsky for Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). (ECF: Daniel Blonsky) |
| 09/22/2017 | 2 pg, 87.92 KB | Civil Appeal Statement filed by Attorney Daniel Frederick Blonsky for Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. (ECF: Daniel Blonsky) |
| 09/25/2017 | | E-filed Appearance of Counsel processed for Attorney Daniel Frederick Blonsky for Appellant Law Offices of Alex A.Hanna, P.A. in 17-14077, Attorney Daniel Frederick Blonsky for Appellant Alex Hanna in 17-14077. |
| 09/27/2017 | 1 pg, 26.36 KB | APPEARANCE of Counsel Form filed by Seth Lehrman for John Salcedo. (ECF: Seth Lehrman) |
| 09/27/2017 | | E-filed Appearance of Counsel processed for Attorney Seth Lehrman for Appellee John Salcedo in 17-14077. |
| 09/27/2017 | 1 pg, 28.49 KB | Appellate fee was paid on 09/26/2017 as to Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. |
| 09/27/2017 | 1 pg, 15.84 KB | Briefing Notice issued to Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. The appellants' brief is due on or before 10/23/2017. The appendix is due no later than 7 days from the filing of the appellants' brief. |
| 09/28/2017 | 1 pg, 53.23 KB | APPEARANCE of Counsel Form filed by Susan Elizabeth Raffanello for Alex Hanna and Law Offices of Alex A.Hanna, P.A.. (ECF: Susan Raffanello) |
| 09/28/2017 | | E-filed Appearance of Counsel processed for Attorney Susan Elizabeth Raffanello for Appellant Alex Hanna and Law Offices of Alex A.Hanna, P.A. in 17-14077. |
| 10/10/2017 | 4 pg, 40.25 KB | *MOTION for extension of time to file appellants brief to 11/22/2017, for extension of time to file appendix to 11/29/2017 filed by Alex Hanna and Law Offices of Alex A.Hanna, P.A.. Motion is Unopposed. [8265778-1]* (ECF: Daniel Blonsky) |
| 10/10/2017 | | Notice of deficient Motion filed by Daniel Frederick Blonsky for Alex Hanna and Law Offices of Alex A.Hanna, P.A.. Document does not contain a Certificate of Compliance, see FRAP 32(g)(1) Counsel must file a corrected motion using the Amend, Correct or Supplement Motion event within 3 days. |
| 10/10/2017 | 4 pg, 39.29 KB | *Corrected Motion for extension to file appellant brief [8265778-2], Motion for extension to file appendix [8265778-3] filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A..* (ECF: Daniel Blonsky) |
| 10/11/2017 | 2 pg, 82.61 KB | ORDER: Motion for extension to file appellants' brief filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A. is GRANTED. [8265778-2] Appellants' brief is due on 11/22/2017, with the appendix due seven days later. [8265778-3] WHP |
| 10/19/2017 | | NOTICE OF CIP FILING DEFICIENCY to Seth Lehrman for John Salcedo and Scott D. Owens for John Salcedo. You are receiving this notice because you have not completed the Web-Based Stock Ticker Symbol CIP via the court's public web-page AND have not filed the CIP via the electronic filing system (CM/ECF). Failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. |
| 10/20/2017 | 3 pg, 24.98 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Scott D. Owens for Appellee John Salcedo. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). (ECF: Scott Owens) |
| 11/15/2017 | | *MOTION for extension of time to file appellants brief to 12/13/2017, for extension of time to file appendix to* |

| Date | Size | Description |
|---|---|---|
| | 4 pg, 41.16 KB | *12/20/2017 filed by Alex Hanna and Law Offices of Alex A.Hanna, P.A.. Motion is Unopposed. [8299295-1]* (ECF: Daniel Blonsky) |
| 11/20/2017 | 2 pg, 20.99 KB | ORDER: Motion for extension to file appellants' brief filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A. is GRANTED. [8299295-2] Appellants' brief is due on 12/13/2017, with the appendix due seven days later. [8299295-3] WHP |
| 12/11/2017 | 38 pg, 219.66 KB | Appellant's brief filed by Alex Hanna and Law Offices of Alex A.Hanna, P.A.. (ECF: Daniel Blonsky) |
| 12/12/2017 | 1 pg, 34.44 KB | APPEARANCE of Counsel Form filed by Rebecca Smullin for Appellee (ECF: Rebecca Smullin) |
| 12/12/2017 | 1 pg, 53.49 KB | APPEARANCE of Counsel Form filed by Scott L. Nelson for John Salcedo (ECF: Scott Nelson) |
| 12/12/2017 | | Received paper copies of EBrief filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. |
| 12/13/2017 | 4 pg, 84.1 KB | AMENDED Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Rebecca Smullin for Appellee John Salcedo. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). (ECF: Rebecca Smullin) |
| 12/13/2017 | 138 pg, 2.53 MB | Appendix filed [1 VOLUMES] by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. (ECF: Daniel Blonsky) |
| 12/14/2017 | | Received paper copies of EAppendix filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. 1 VOLUMES - 2 COPIES |
| 12/15/2017 | 6 pg, 160.61 KB | *MOTION for extension of time to file appellees brief to 02/09/2018 filed by John Salcedo. Motion is Unopposed. [8326530-1]* (ECF: Rebecca Smullin) |
| 12/20/2017 | 2 pg, 20.95 KB | ORDER: Motion for extension to file appellee brief filed by Appellee John Salcedo is GRANTED. [8326530-2] Appellee's brief is due on 02/09/2018, with the appendix due seven days later. JP |
| 02/09/2018 | 84 pg, 789.13 KB | Appellee's Brief filed by Appellee John Salcedo. (ECF: Rebecca Smullin) |
| 02/12/2018 | 4 pg, 42.91 KB | *MOTION for extension of time to file reply brief to 03/26/2018 at 06:00 pm filed by Alex Hanna and Law Offices of Alex A.Hanna, P.A.. Motion is Unopposed. [8374266-1]* (ECF: Daniel Blonsky) |
| 02/12/2018 | | Received paper copies of EBrief filed by Appellee John Salcedo. |
| 02/13/2018 | 2 pg, 152.53 KB | ORDER: Motion for extension to file reply brief filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A. is GRANTED. [8374266-2] Reply brief is due on 03/26/2018. SM |
| 03/02/2018 | 5 pg, 168.14 KB | Supplemental Authority filed by Appellee John Salcedo. (ECF: Rebecca Smullin) |
| 03/22/2018 | 25 pg, 176.75 KB | Reply Brief filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. (ECF: Daniel Blonsky) |
| 03/23/2018 | | Received paper copies of EBrief filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. |
| 03/30/2018 | | The Court has determined that oral argument will be necessary in this case. Please forward 3 additional copies of the 1 volumes of Appendix, which conform to all formatting requirements, filed 12/13/17 by Attorney Daniel Frederick Blonsky for Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A. to the Clerk's Office, Attention: Jenifer Tubbs. Your prompt attention to this matter is appreciated. |
| 04/03/2018 | | Additional copies of Appendix (3 sets - 1 vol ea) received from Daniel Frederick Blonsky for Alex Hanna and Law Offices of Alex A.Hanna, P.A. and forwarded to the record room. |
| 05/11/2018 | 0 pg, 0 KB | Assigned to tentative calendar number 29 in Miami during the week of September 24, 2018. Counsel must be logged into CM/ECF in order to view the attached calendar. |
| 06/06/2018 | | This appeal has been removed from tentative calendar # 29 and will be reassigned at a later date. |
| 06/26/2018 | 0 pg, 0 KB | Assigned to tentative calendar number 2 in Miami during the week of October 1, 2018. Counsel must be logged into CM/ECF in order to view the attached calendar. |

Clear All

○ Documents and Docket Summary
○ Documents Only

☐ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB
Totals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 07/01/2018 17:07:25 ||||
| **PACER Login:** | Sb7482:3853368:3960762 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 17-14077 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |