United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kip Barnett, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-60767-Civ-Scola |
| | ) |
| Premtech, LLC, and Brandon Mintz, | ) |
| Defendants. | ) |

### Order Of Dismissal of Premtech, LLC and Brandon Mintz

The Plaintiff failed to timely serve the Defendants Premtech, LLC and Brandon Mintz in this case. The Plaintiff filed the Complaint on April 9, 2018, and was responsible for serving the Defendants with a summons and complaint by July 9, 2018. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established that the Defendants were served timely or that good cause existed for the failure to timely serve the Defendants. (*See* ECF No. 15.) The Plaintiff has done neither. Consequently, the Court **dismisses** this action against Premtech, LLC and Brandon Mintz without prejudice.

**Done and ordered** at Miami, Florida, on July 10, 2018.

_____
Robert N. Scola, Jr.
United States District Judge