SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-60767-SCOLA/SNOW

KIP BARNETT &
PHILLIP DUNLEAVEY

    Plaintiffs,

v.

LUX VENDING, LLC,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Kip Barnett and Phillip Dunleavey, and Defendant, Lux Vending, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

    1.    All claims of the Plaintiffs, individually, are hereby dismissed with prejudice, with each party to bear its own fees and costs.

    2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

July 20, 2018

| **LAW OFFICES OF JIBRAEL S. HINDI** | **SHUTTS & BOWEN LLP** |
|---|---|
| Jibrael S. Hindi, Esq. | Daniel T. Stabile, Esq. |
| 110 SE 6th Street | 200 S. Biscayne Boulevard |
| | Suite 4100 |
| Ft. Lauderdale, Florida 33301 | Miami, Florida 33131 |
| (t) 954.907.1136 | (t) 305.415.9063 |
| jibrael@jibraellaw.com | dstabile@shutts.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

MIADOCS 16705543 3