United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kip Barnett, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-60767-Civ-Scola |
| ) | |
| Premtech, LLC, and Brandon Mintz, ) | |
| Defendants. ) | |

### Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. of Dismissal With Prejudice, ECF No. 21). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on July 20, 2018.

_____
Robert N. Scola, Jr.
United States District Judge